IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TIMOTHY CLIFTON,**

    **Plaintiff,**

vs.                                      **CASE NO. 5:10-cv-154/RS/CJK**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 21). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner is reversed, and this action is remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

**ORDERED** on September 27, 2011.

                                                        /S/ Richard Smoak
                                                        **RICHARD SMOAK**
                                                        **UNITED STATES DISTRICT JUDGE**