IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TIMOTHY CLIFTON,**
 **Plaintiff,**

v.            Case No. 5:10cv154/RS/CJK

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
 **Defendant**.

## REPORT AND RECOMMENDATION

  This matter is before the court upon plaintiff's application for attorney's fees (docs. 24 & 25), filed pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and defendant's response (doc. 26). Plaintiff's counsel requested reimbursement in the amount of $4,575.00 under the EAJA. (Doc. 24, 1) Plaintiff's counsel filed a time itemization accounting that shows 30.0 hours as the total time spent representing plaintiff in this court; a paralegal spent a total of 16.5 hours on the case as well. (Doc. 25-1) After discussion between counsel, the parties agreed to an award of attorney's fees under the EAJA in the amount of $4,250.00. (Doc. 26, 1) The court concludes that an award of attorney's fees is justified under the EAJA, in light of the Commissioner's agreement.

  The Commissioner asks that the fee be distributed in accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), but does not directly allege or show that plaintiff owes a debt to the United States. Although *Ratliff* applies, the fee should be "paid directly to counsel as long as the Government is afforded an opportunity to offset any

preexisting debt owed by the plaintiff . . . ." *Meyer v. Astrue*, Civ. No. 09–3205 (MJD/LIB), 2011 WL 4036398, at *3 (D. Minn. 2011).

Accordingly, it is respectfully RECOMMENDED:

That the application for attorney's fees under the Equal Access to Justice Act (docs. 24 & 25) be GRANTED in the amount of $4,250.00, and the Commissioner be ordered to pay that amount to plaintiff's counsel. The Commissioner will follow *Astrue v. Ratliff*, but must make prompt payment of the amount due, as no showing of an outstanding federal debt has been made to date.

At Pensacola, Florida, this 27th day of January, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**