IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TIMOTHY CLIFTON,**

    **Plaintiff,**

vs.                                            **CASE NO. 5:10-cv-154/RS-CJK**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 27). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The application for attorney's fees under the Equal Access to Justice Act (Docs. 24 & 25) are **GRANTED** in the amount of $4,250.00.

3. The Commissioner is ordered to pay that amount to Plaintiff's counsel. The Commissioner will follow *Astrue v. Ratliff*, but make prompt payment of the amount due, as no showing of outstanding federal debt has been made to date.

4. The clerk is directed to close the file.

**ORDERED** on February 27, 2012.

                <u>/S/ Richard Smoak</u>
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**